IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; AND STATE OF IOWA, | ) ) ) | Civil No. 1:18-cv-00010 |
| *Ex. Rel.* NICK HILL, | ) ) | |
| Relator, | ) ) | **NOTICE OF SETTLEMENT** |
| vs. | ) ) ) | |
| FAMILY CONNECTIONS, INC.; TRENT RICE AND BRIAN FULLER, | ) ) ) | |
| Defendants. | ) | |

COME NOW the Plaintiff, by and through his attorney, Angela Campbell, and the Defendants, by and through their attorney, Katherine McNamara, and hereby notify the Court that the Parties have reached a settlement in this matter. Accordingly, the Parties request that the trial scheduled to begin March 22, 2021, be removed from the Court's trial calendar. The Parties further request 30 days to submit dismissal documents to the Court.

DATED this 1st day of February, 2021.

FAMILY CONNECTIONS, INC.,
TRENT RICE, and BRIAN FULLER,
Defendants

By:    */s/ Katherine A. McNamara*
Katherine A. McNamara, #AT0013579
Michael F. Coyle, NE #18299
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
Telephone: (402) 341-6000
Facsimile:  (402) 341-8290
kmcnamara@fraserstryker.com
mcoyle@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

By:    */s/ Angela L. Campbell*
Angela Lynnette Campbell
DICKEY & CAMPBELL LAW FIRM PLC
301 EAST WALNUT
SUITE 1
DES MOINES, IA 50309
515 288 5008
Fax: 515 288 5010
angela@dickeycampbell.com
ATTORNEY FOR RELATOR

CERTIFICATE OF SERVICE

This is to certify that on the 1st

day of February, 2021, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following:

| | |
|---|---|
| Angela Lynnette Campbell | Bill Purdy |
| DICKEY & CAMPBELL LAW FIRM PLC | Assistant United States Attorney |
| 301 EAST WALNUT | U.S. Courthouse Annex, 2nd Floor |
| SUITE 1 | 110 E. Court Avenue |
| DES MOINES, IA 50309 | Des Moines, IA 50309 |
| 515 288 5008 | 515-473-9353 |
| Fax: 515 288 5010 | 515-473-9282 |
| angela@dickeycampbell.com | bill.purdy@usdoj.gov |

By:    */s/ Katherine A. McNamara*